In the Matter of JULIUS MARCUS, Appellant, against LAZARUS JOSEPH, as Comptroller of the City of New York, Respondent.

Submitted February 6, 1956; decided February 9, 1956.

Application to further amend the remittitur granted as follows: Order affirmed, without costs. We have no power to review the allowance of costs in the Appellate Division, which is wholly

discretionary with it (Civ. Prac. Act, § 1492). The matter is accordingly remitted solely with respect to the allowance or disallowance of costs in that court. [See 305 N. Y. 813, 923.]